| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)*                 Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13            ☐ Check if this is an amended filing |

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Barton** <br> First name <br><br> **Mark** <br> Middle name <br><br> **Perlbinder** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7989** | |

Debtor 1   **Barton Mark Perlbinder**                                                          Case number *(if known)*

|     |                                                          | **About Debtor 1:**                                                                                                                                                           | **About Debtor 2 (Spouse Only in a Joint Case):**                                                                                                                                 |
|-----|----------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4.  | **Your Employer Identification Number (EIN), if any.**   | EIN                                                                                                                                                                           | EIN                                                                                                                                                                               |
| 5.  | **Where you live**                                       | **635 Daniels Lane** <br> **Sagaponack, NY 11962** <br> Number, Street, City, State & ZIP Code <br><br> **Suffolk** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| 6.  | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Barton Mark Perlbinder**                                            Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Barton Mark Perlbinder**  Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 __Barton Mark Perlbinder__                                            Case number *(if known)* _____

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 __Barton Mark Perlbinder__   Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Barton Mark Perlbinder**
**Barton Mark Perlbinder**
Signature of Debtor 1

Signature of Debtor 2

Executed on __August 28, 2025__
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

| Debtor 1 | **Barton Mark Perlbinder** | | Case number *(if known)* | |
|---|---|---|---|---|

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Michael J. Kasen**          Date    **August 28, 2025**
Signature of Attorney for Debtor                    MM / DD / YYYY

**Michael J. Kasen**
Printed name

**Kasen & Kasen, P.C.**
Firm name

**115 Broadway**
**5th Floor**
**New York, NY 10006**
Number, Street, City, State & ZIP Code

Contact phone   **646-397-6226**          Email address    **mkasen@kasenlaw.com**

**MK7429 NY**
Bar number & State

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Barton** First Name | **Mark** Middle Name | **Perlbinder** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
**210 East 86th Street Corp**
210 East 86th St #702
New York, NY 10028

**What is the nature of the claim?**   litigation claim    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact
Contact phone

**2**
**Aiden Cohane**
**c/o DeToffol & Gittleman**
**125 Maiden Ln - Suite 5C**
**New York, NY 10038**

**What is the nature of the claim?**   personal injury claim    **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

Contact
Contact phone

Debtor 1   **Barton Mark Perlbinder**                               Case number *(if known)*

---

**3**

**Andrea Jo Stein**
**c/o Stein Adler Dabah**
**936 Broadway - 5th Floor**
**New York, NY 10010**

**What is the nature of the claim?**   litigation claim        **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**4**

**Apple Bank for Savings**
**122 East 42nd Street**
**New York, NY 10168**

**What is the nature of the claim?**                              **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**5**

**Astrid Sebellarosa**
**c/o Stein Adler Dabah**
**936 Broadway - 5th Floor**
**New York, NY 10010**

**What is the nature of the claim?**   litigation claim        **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -
         Unsecured claim

Contact

Contact phone

---

**6**

**Board of Managers of the**
**411 East 53rd St Condo**
**c/o Meyers Tersigni**
**14 Wall St - 20th Fl**
**New York, NY 10005**

**What is the nature of the claim?**   litigation claim        **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:                    -

Contact

---

Debtor 1  **Barton Mark Perlbinder**                    Case number *(if known)*

Contact phone                    Unsecured claim

---

**7**

**Brad Alphonso**
**c/o Michael Lamonsoff**
**Financial Square**
**at 32 Old Slip - 8th Fl**
**New York, NY 10005**

What is the nature of the claim?     personal injury claim     Unknown

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [✔] Unliquidated
- [✔] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✔] No
- [ ] Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**8**

**Cavalry Portfolio Service**
**1 American Lne**
**Suite 220**
**Greenwich, CT 06831**

What is the nature of the claim?     credit card debt collector     $54,056.02

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✔] None of the above apply

Does the creditor have a lien on your property?
- [✔] No
- [ ] Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**9**

**Christina Foti**
**c/o Sullivan & Galleshaw**
**108-15 Crossbay Blvd.**
**Ozone Park, NY 11417**

What is the nature of the claim?     personal injury claim     Unknown

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [✔] Unliquidated
- [✔] Disputed
- [ ] None of the above apply

Does the creditor have a lien on your property?
- [✔] No
- [ ] Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**10**

**CitiBank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

What is the nature of the claim?     credit card     $20,461.86

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [✔] None of the above apply

Does the creditor have a lien on your property?
- [✔] No

---

Debtor 1  **Barton Mark Perlbinder**  Case number *(if known)*

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**11**

**David Katzenberg**
**429 East 52nd Street**
**New York, NY 10022**

**What is the nature of the claim?**  **personal loan**  **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**12**

**Eileen O'Brien**
**c/o Michael Lamonsoff**
**Financial Square**
**at 32 Old Slip - 8th Fl**
**New York, NY 10005**

**What is the nature of the claim?**  **personal injury claim**  **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**13**

**Falcon Rappaport&Berkman**
**265 Sunrise Hwy**
**Suite 50**
**Rockville Centre, NY 11570**

**What is the nature of the claim?**  **professional services**  **$222,539.38**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact

Contact phone

---

**14**

**Howard Grun**
**Kaufman Friedman Plotnick**
**300 E. 42nd St**
**New York, NY 10017**

**What is the nature of the claim?**  **professional services**  **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

---

**Does the creditor have a lien on your property?**

Contact

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact phone

---

**15**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**   **taxes**   **$8,192,908.43**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact phone

---

**16**

**Jane West**
**c/o David Berkey**
**Gallet Dreyer & Berkey**
**845 3rd Ave - 5th Floor**
**New York, NY 10022**

**What is the nature of the claim?**   **litigation claim**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact phone

---

**17**

**Joyce West**
**c/o David Berkey**
**Gallet Dreyer & Berkey**
**845 3rd Ave - 5th Floor**
**New York, NY 10022**

**What is the nature of the claim?**   **litigation claim**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

Contact

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact phone

---

**18**

**Justin Aiello**
**c/o Sullivan & Galleshaw**
**108-15 Crossbay Blvd.**
**Ozone Park, NY 11417**

**What is the nature of the claim?**   **personal injury claim**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

| Debtor 1 | **Barton Mark Perlbinder** | | Case number *(if known)* | |
|---|---|---|---|---|

<br>
Contact<br>
Contact phone

☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**19**

**Liliane Angeli**
**c/o Andrew D. Beresin**
**210 Oakridge Commons**
**P.O. Box 820**
**South Salem, NY 10590**

Contact<br>
Contact phone

**What is the nature of the claim?**   **litigation claim**   **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**20**

**Michael P. Lagnado, Esq.**
**55 Wall St - Suite 810**
**New York, NY 10005**

Contact<br>
Contact phone

**What is the nature of the claim?**   **professional services**   **$55,575.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Barton Mark Perlbinder**
    **Barton Mark Perlbinder**
    Signature of Debtor 1

X
    Signature of Debtor 2

Date   **August 28, 2025**

Date

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Barton Mark Perlbinder**                                                             Case No.

                                                       Debtor(s)                                    Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **August 28, 2025**                         **/s/ Barton Mark Perlbinder**
                                                                    **Barton Mark Perlbinder**
                                                                    Signature of Debtor

Date:  **August 28, 2025**                         **/s/ Michael J. Kasen**
                                                                    Signature of Attorney
                                                                    **Michael J. Kasen**
                                                                    **Kasen & Kasen, P.C.**
                                                                    **115 Broadway**
                                                                    **5th Floor**
                                                                    **New York, NY 10006**
                                                                    **646-397-6226   Fax: 646-786-3611**

```
210 East 86th Street Corp
210 East 86th St #702
New York, NY 10028


Aiden Cohane
c/o DeToffol & Gittleman
125 Maiden Ln - Suite 5C
New York, NY 10038


Andrea Jo Stein
c/o Stein Adler Dabah
936 Broadway - 5th Floor
New York, NY 10010


Apple Bank for Savings
122 East 42nd Street
New York, NY 10168


Astrid Sebellarosa
c/o Stein Adler Dabah
936 Broadway - 5th Floor
New York, NY 10010


Board of Managers of the
411 East 53rd St Condo
c/o Meyers Tersigni
14 Wall St - 20th Fl
New York, NY 10005


Brad Alphonso
c/o Michael Lamonsoff
Financial Square
at 32 Old Slip - 8th Fl
New York, NY 10005


Cavalry Portfolio Service
1 American Lne
Suite 220
Greenwich, CT 06831


Christina Foti
c/o Sullivan & Galleshaw
108-15 Crossbay Blvd.
Ozone Park, NY 11417
```

CitiBank
P.O. Box 6500
Sioux Falls, SD 57117


David Katzenberg
429 East 52nd Street
New York, NY 10022


Eileen O'Brien
c/o Michael Lamonsoff
Financial Square
at 32 Old Slip - 8th Fl
New York, NY 10005


Falcon Rappaport&Berkman
265 Sunrise Hwy
Suite 50
Rockville Centre, NY 11570


Howard Grun
Kaufman Friedman Plotnick
300 E. 42nd St
New York, NY 10017


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jane West
c/o David Berkey
Gallet Dreyer & Berkey
845 3rd Ave - 5th Floor
New York, NY 10022


Joyce West
c/o David Berkey
Gallet Dreyer & Berkey
845 3rd Ave - 5th Floor
New York, NY 10022


Justin Aiello
c/o Sullivan & Galleshaw
108-15 Crossbay Blvd.
Ozone Park, NY 11417

Liliane Angeli
c/o Andrew D. Beresin
210 Oakridge Commons
P.O. Box 820
South Salem, NY 10590


Michael P. Lagnado, Esq.
55 Wall St - Suite 810
New York, NY 10005


Mitchell Bernstein
Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016


New York State Depart. of
Taxation and Finance
375 Pearl St - 28th FL
New York, NY 10038


Perlbinder Holdings LLC
c/o Jeffrey Chuback
Amini LLC
131 West 35th St -12th Fl
New York, NY 10001


Phelan Law
1177 Ave of the Americas
5th Floor
New York, NY 10036


Replacement Associates
c/o Mitchell D. Haddad
Sills Cummis & Gross, PC
101 Park Ave - 28th Floor
New York, NY 10178


Rosenberg & Estis
733 3rd Ave
New York, NY 10017


Scott Ehrenpreis
Perelson Weiner
299 Park Avenue - 2nd Fl
New York, NY 10171

```
Stacy West Clark
c/o David Berkey
Gallet Dreyer & Berkey
845 3rd Ave - 5th Floor
New York, NY 10022


Stephen Perlbinder
c/o Stein Adler Dabah
936 Broadway - 5th Floor
New York, NY 10010


William West
c/o David Berkey
Gallet Dreyer & Berkey
845 3rd Ave - 5th Floor
New York, NY 10022
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Barton Mark Perlbinder             **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Michael J. Kasen**
**Michael J. Kasen**
Signature of Debtor's Attorney
**Kasen & Kasen, P.C.**
**115 Broadway**
**5th Floor**
**New York, NY 10006**
**646-397-6226 Fax:646-786-3611**

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

Mailing Address of Debtor/Petitioner

City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.