UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | **X** | |
| In re: | **X** | |
| | **X** | **Chapter 11** |
| Barton Mark Perlbinder | **X** | Case No.:        25-73317-AST |
| | **X** | |
| Debtor. | **X** | |
| | **X** | |

## CERTIFICATION OF BARTON MARK PERLBINDER
## PURSUANT TO E.D.N.Y. LBR 1007-4

BARTON MARK PERLBINDER, the Debtor and Debtor-In-Possession (hereinafter, the

"Debtor") in the above captioned Chapter 11 Case, being of the age of majority and of sound

mind, hereby certifies to the following pursuant to E.D.N.Y LBR 1007-4:

1.      I am an individual debtor who does not fit the definition of a small business

debtor as that term is defined in 11 U.S.C. § 101(51D).

2.      I am an individual debtor who does not fit the definition of a single asset real

estate debtor as that term is defined in 11 U.S.C. § 101(51B).

3.      I am a third-generation real estate developer and have been embroiled in

significant litigation with family members and others. In 2023 most, if not all, of my assets were

transferred away from me and into various trusts controlled by others. These transactions have

left me unable to meet my monthly expenses, let alone pay my outstanding debts.

4.      This case was not originally commenced under chapters 7, 12 or 13.

5.      There have been no committees formed prior to the commencement of this case.

6.      The twenty largest creditors consist entirely of litigation claims against me and

tax obligations. For each litigation claim against me, the law firm representing the adverse party

was listed as the contact address on the List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders, which was filed with the petition.

7.      I do not believe I currently have any secured creditors.

8.      As of the petition date, I do not believe I have any assets. All of my assets have been transferred to trusts that I do not control, nor do I have access to the assets held by the various trusts. I will be seeking to avoid these transfers pursuant to 11 U.S.C. § 548 and pursuant to New York Law. Despite significant effort, I have been unable to obtain a reliable list of all assets that were transferred or the value of such assets. I intend to utilize the bankruptcy process to gain a full understanding of these transfers. Because most, if not all, of my liabilities are related to ongoing litigation, these liabilities are unliquidated, contingent and disputed.

9.      I do not possess, nor have I prepared a balance sheet summarizing my assets and liabilities.

10.     I am an individual debtor and as such, there are no shares or classes of shares of stock, debentures, or other securities of the debtor that are publicly held.

11.     I am an individual debtor and as such, the debtor does not operate its business from a premises that is owned, leased or held under any other arrangement.

12.     I do not anticipate paying any individual for services in the 30 days following commencement of this case.

13.     I do not anticipate any significant cash receipts in the following 30 days.

14.     Since all of my property was transferred away from me, I do not have any information regarding the insurance policies in place regarding such property.

15.    Due to my current circumstances, I do not have access to many of the records necessary to more fully disclose the information required by E.D.N.Y. LBR 1007-4, however, as I obtain more information, I will endeavor to supplement this certification.

I certify that the foregoing statements made by me are true to the best of my recollection. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

Dated: August 28, 2025
        Sagaponack, NY

/s/ Barton Mark Perlbinder
BARTON MARK PERLBINDER