Patrick Collins
John R. Morken
Darren A. Pascarella
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
(516) 227-0700

*Attorneys for Muffy Flouret, as Trustee of*
*the Mark Perlbinder 2023 Irrevocable Trust*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                                       :     Case No. 25-73317-ast
                                                             :
BARTON MARK PERLBINDER,                                      :     Chapter 11
                                                             :
                                                             :
                                      Debtor.                :
-------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF MUFFY FLOURET, AS TRUSTEE OF THE MARK PERLBINDER 2023 IRREVOCABLE TRUST, FOR AN ORDER DISMISSING CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held before the Honorable Alan S. Trust, Chief Judge of the United States Bankruptcy Court for the Eastern District of New York, on **October 22, 2025 at 11:30 a.m. (prevailing Eastern Time)**, in Courtroom 960 of the United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, to consider the annexed motion (the "Motion") of Muffy Flouret, as Trustee of the Mark Perlbinder 2023 Irrevocable Trust (the "Trustee"), for entry of an order, (a) pursuant to Section 1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), dismissing this Chapter 11 case for cause, (b) pursuant to Section 305(a) of the Bankruptcy Code, dismissing this Chapter 11 case pursuant to principles of abstention, and (c) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an "Objection"), if any, to the relief requested in the Motion shall: (i) conform to the Federal Rules of Bankruptcy Procedures, the Local Bankruptcy Rules for the Eastern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Eastern District of New York, and (ii) be served on counsel to the Trustee, Farrell Fritz, P.C., 400 RXR Plaza, Uniondale, New York, New York 11556 (Attn: Patrick Collins, Esq., John R. Morken, Esq., and Darren A. Pascarella, Esq.), **so as to be actually received by October 15, 2025**.

**PLEASE TAKE FURTHER NOTICE** that if no Objection to the Motion is timely filed, served and received in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE**, that if you wish to be heard with respect to the Motion, you must attend the Hearing. The Hearing may be continued or adjourned from time to time without further notice other than by announcement in Court of such adjournment on the date of the Hearing.

Dated: September 22, 2025
Uniondale, New York

**FARRELL FRITZ, P.C.**

By: *s/ Patrick Collins*

Patrick Collins
John R. Morken
Darren A. Pascarella
400 RXR Plaza
Uniondale, New York 11556
Tel: (516) 227-0700
Fax: (516) 227-0777

*Attorneys for Muffy Flouret, as Trustee of the Mark Perlbinder 2023 Irrevocable Trust*