

**PATRICK COLLINS**

Direct Dial: 516.227.0649
Direct Fax: 516.336.2232
pcollins@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

December 9, 2025

**BY ECF AND EMAIL**
Hon. Sheryl Giugliano
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

**Re:** *In re* Barton Mark Perlbinder - Ch. 11 Case No. 25-73317;
Replacement Associates, LLC v. Perlbinder, et al.; Adv. Proc. No. 25-08094
Perlbinder v. Flouret, et al.; Adv. Proc. No. 25-08098
Replacement Associates, LLC v. Perlbinder; Adv. Proc. No. 25-80101

Dear Judge Giugliano:

My firm is counsel to creditor, interested party and adversary proceeding defendant Muffy Flouret, in her capacity as Trustee of the Mark Perlbinder 2023 Irrevocable Trust (the "Trustee"). I am writing jointly with the Debtor and parties to the adversary proceedings listed above to request a continued hearing date on the Trustee's motion to dismiss the bankruptcy case and to reschedule appearances presently scheduled in Adv. Proc. No. 25-08094 and Adv. Proc. No. 25-08098.

By an order, dated November 26, 2025, signed by Chief Judge Trust, the bankruptcy case and related adversary proceedings were re-assigned to your Court. An initial case management conference has now been scheduled by your Court for January 6, 2025.

Pending in the bankruptcy case is the Trustee's motion to dismiss the bankruptcy case pursuant to 11 U.S.C. §§ 1112(b) and 305(a) (Doc. No. 14). A continued hearing date is needed for this motion.

No conferences have occurred to date in any of the adversary proceedings.

In Adv. Proc. No. 25-08094, there is a pending motion to dismiss the adversary proceeding filed by the non-debtor defendants in the action, which was removed to this Court from the Supreme Court of the State of New York, County of New York.

In Adv. Proc. No, 25-08098, the Trustee and all other defendants have moved to dismiss the complaint. The Debtor has filed his opposition to the motion to dismiss. Subject to the court's approval, counsel have agreed that defendants shall file their reply in further support of the motion to dismiss on or before December 15, 2025.

CONTINUED ON NEXT PAGE

The Court's public calendar indicates that appearances in Adv. Proc. No. 25-08094 and 25-08098 are scheduled for December 12, 2025 at noon. The parties respectfully request that these appearances be rescheduled to a date on or after the bankruptcy case management conference scheduled for January 6, 2026.

                                             Respectfully submitted,

                                             *Patrick Collins*

                                             Patrick Collins

cc: all counsel via ECF

FF\50246417.1